# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: admin | Date Created: 3/22/2021 |
| Case: 21–05007 | Form ID: SUM | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Arasto Farsad      farsadecf@gmail.com

TOTAL: 1

Case: 21-05007     Doc# 4-1     Filed: 03/22/21     Entered: 03/22/21 12:06:15     Page 1 of 1