ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Rajani Kolli
(Plaintiff-Creditor)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Vikram Srinivasan,<br><br>Debtor.<br>_____<br>Rajani Kolli<br>(Plaintiff-Creditor),<br><br>v.<br><br>Vikram Srinivasan<br>(Defendant-Debtor). | Case No. 20-51735 SLJ<br>Chapter 11<br><br>Adv. Proc. 21-05007<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Honorable Stephen L. Johnson |

    I am NOT a party to the within action; my business address is FARSAD LAW OFFICE, P.C., 1625 The Alameda, Suite 525, San Jose CA 95126. On **March 22, 2021**, I served the interested parties listed below with the documents described as follows:

1. **ADVERSARY COMPLAINT FOR NONDISCHARGEABILTY OF DEBT PURSUANT TO 11 U.S.C. §§ 523(a)(2), (a)(4), and (a)(6);**
2. **AMENDED ADVERSARY PROCEEDING COVER SHEET;**
3. **SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING; AND**
4. **ORDER RE INITIAL DISCLOSURES AND DISCOVERY CONFERENCE.**

**BY FIRST CLASS USPS MAIL:** By placing a true copy thereof enclosed in a sealed envelope addressed to all addressees on the attached **Court Creditor Matrix** as well as the addressees listed below. The envelopes were deposited with the United States Post Office in SAN JOSE, CA.

CERTIFICATE OF SERVICE      1      Case No. 20-51735 SLJ
    Adv. Proc. 21-05007

Case: 21-05007    Doc# 5    Filed: 03/22/21    Entered: 03/22/21 15:32:03    Page 1 of 2

| | |
|---|---|
| Mr. Vikram Srinivasan<br>440 Dixon Landing Road G201<br>Milpitas, CA 95035 | Mr. Geoff Wiggs, Esq.<br>Law Offices of Geoff Wiggs<br>1900 South Norfolk St. #350<br>San Mateo, CA 94403-1171 |

**BY NOTICE OF ELECTRONIC FILING:** I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users: *Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov, and all other parties set to receive notice via CM / ECF.*

Executed on March 22, 2021, at San Jose California.

I declare under penalty of perjury that the above statements are true and correct.

*/s/ Arasto Farsad*
Arasto Farsad, Esq.