ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Rajani Kolli
(Plaintiff-Creditor)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Vikram Srinivasan,<br><br>Debtor.<br>_____<br>Rajani Kolli<br>(Plaintiff-Creditor),<br><br>v.<br><br>Vikram Srinivasan<br>(Defendant-Debtor). | Case No. 20-51735 SLJ<br>Chapter 11<br><br>Adv. Proc. 21-05007<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Honorable Stephen L. Johnson |

  I am NOT a party to the within action; my business address is FARSAD LAW OFFICE, P.C., 1625 The Alameda, Suite 525, San Jose CA 95126. On **March 22, 2021**, I served the interested parties listed below with the documents described as follows:

1. **ADVERSARY COMPLAINT FOR NONDISCHARGEABILTY OF DEBT PURSUANT TO 11 U.S.C. §§ 523(a)(2), (a)(4), and (a)(6);**
2. **AMENDED ADVERSARY PROCEEDING COVER SHEET;**
3. **SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING; AND**
4. **ORDER RE INITIAL DISCLOSURES AND DISCOVERY CONFERENCE.**

**BY <u>FIRST CLASS</u> USPS MAIL:** By placing a true copy thereof enclosed in a sealed envelope addressed to all addressees on the attached **Court Creditor Matrix** as well as the addressees listed below. The envelopes were deposited with the United States Post Office in SAN JOSE, CA.

| | |
|---|---|
| 1  Mr. Vikram Srinivasan | Mr. Geoff Wiggs, Esq. |
| 2  440 Dixon Landing Road G201 | Law Offices of Geoff Wiggs |
|    Milpitas, CA 95035 | 1900 South Norfolk St. #350 |
| 3  | San Mateo, CA 94403-1171 |

4

5  **BY NOTICE OF ELECTRONIC FILING:** I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users: ***Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov, and all other parties set to receive notice via CM / ECF.***

8  Executed on <u>March 22, 2021</u>, at <u>San Jose</u> California.

10  I declare under penalty of perjury that the above statements are true and correct.

12  <u>*/s/ Arasto Farsad*</u>
Arasto Farsad, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 20-51735<br>California Northern Bankruptcy Court<br>San Jose<br>Tue Jan 12 13:08:03 PST 2021 | Equity Residential Management, LLC<br>440 Dixon Landing Rd<br>Milpitas, CA 95035-3028 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA 23541-1021 |
| Wedgewood, LLC<br>Wedgewoo<br>2015 Manhattan Beach Blvd.<br>Ste. 100<br>Redondo Beach, CA 90278-1230 | U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 | Civic Financial<br>2015 Manhattan Beach Blvd<br>Redondo Beach, CA 90278-1226 |
| Franchise Tax Board<br>PO BOX 942867<br>Sacramento, CA 94267-0001 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Mitali Parmar<br>c/o Lubna K. Jahangiri, Esq.<br>Jahangiri Law Group, APC<br>210 Porter Drive, Suite 230<br>San Ramon, CA 94583-1588 |
| Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | UNITED STATES TRUSTEE<br>450 GOLDEN GATE AVE.<br>5TH FLOOR, STE. #05-0153<br>SAN FRANCISCO, CA 94102-3661 | Amelia Valenzuela<br>WEDGEWOOD<br>Office of the General Counsel<br>2015 Manhattan Beach Blvd., Suite 100<br>Redondo Beach, CA 90278-1230 |
| Geoff Wiggs<br>Law Offices of Geoff Wiggs<br>1900 South Norfolk St. #350<br>San Mateo, CA 94403-1171 | Vikram Srinivasan<br>440 Dixon Landing Road G201<br>Milpitas, CA 95035-2201 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | End of Label Matrix<br>Mailable recipients   13<br>Bypassed recipients    0<br>Total                13 |