ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Email addresses: nancy@farsadlaw.com; farsadlaw1@gmail.com

Attorneys for Plaintiff
RAJANI KOLLI

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In re:

VIKRAM SRINIVASAN,

Debtor,

---

RAJANI KOLLI,

    Plaintiff,

v.

VIKRAM SRINIVASAN,

    Defendant.

Case No. 20-51735 SLJ
Chapter 11

AP Case No. 21-05007

**PLAINTIFF'S REQUEST FOR ENTRY OF ORDER BY DEFAULT; CERTIFICATE OF SERVICE**

**Judge: Hon. Stephen L. Johnson**

**TO THE CLERK OF THE COURT:** Comes now the Plaintiff in the above referenced case, Rajani Kolli, by and through his counsel, Farsad Law Office, P.C., and hereby requests that the Clerk enter the default of the Defendant named herein (VIKRAM SRINVASAN) regarding the Plaintiff's ADVERSARY COMPLAINT FOR

NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §§ 523(A)(2), (A)(4), AND (A)(6) (the "Complaint") (Dkt. No. #1).

### A. REQUEST FOR ENTRY OF DEFAULT BY PLAINTIFF

1. On **March 22, 2021**, a summons was issued in this case.

2. On **March 22, 2021**, the summons and Complaint were properly and timely served on VIKRAM SRINIVASAN, Defendant in this adversary proceeding.

3. Service on said Defendant was made within 7 days of the date that the Summons was issued. The Defendant so served was required to file an answer or other responsive pleading to said complaint or a motion pursuant to Federal Rule of Bankruptcy Procedure 7012 on or before **April 21, 2021**.

4. The Defendant so served did not file an answer, a motion, or other responsive pleading by that date, or by the date set in an extension of time, if any.

### B. DECLARATION OF PROPER PROOF OF SERVICE

5. The Defendant is an individual. Service was effected in compliance with Fed. R. Bankr. P. 7004 (b)(1). (See Docket No. 6.)

### C. DECLARATION REGARDING AGE AND COMPETENCY OF DEFENDANT ALONG WITH DECLARATION RE NONMILITARY STATUS

6. The Defendant is not an infant or incompetent person and the Defendant named in this request is not entitled to the benefits of the Service-members Civil Relief Act of 2003. (50 App. U.S.C.A. 501 et seq.)

7. Accordingly, for all of the reasons stated above, I request that the default be entered against the Defendant named herein.

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on May 6, 2021, at San Jose, California.

3  Respectfully submitted,

4  FARSAD LAW OFFICE, P.C.

5

6  */s/ Arasto Farsad*
   Arasto Farsad, Esq.
7  Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I am at least 18 years of age. My business address is Farsad Law Office, P.C., 1625 The Alameda, Suite 525, San Jose, CA 95126. On **May 6, 2021,** I served the following interested parties with the document described as follows:

1. **PLAINTIFF'S REQUEST FOR ENTRY OF ORDER BY DEFAULT; AND CERTIFICATE OF SERVICE**

**BY USPS FIRST CLASS MAIL:** by placing true copies thereof in sealed envelopes with postage fully prepaid in the United States mail from San Jose, California, to all parties on the attached **creditor court matrix / service list** as well as the addressees listed below:

| | |
|---|---|
| Mr. Vikram Srinivasan | Mr. Geoff Wiggs, Esq. |
| 440 Dixon Landing Road G201 | Law Offices of Geoff Wiggs |
| Milpitas, CA 95035 | 1900 South Norfolk St. #350 |
| | San Mateo, CA 94403-1171 |

**BY NOTICE OF ELECTRONIC FILING**: I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users: **All CM/ECF registered participants in this case.**

Executed on **May 6, 2021**, at **San Jose,** California.

I declare under penalty of perjury that the above statements are true and correct.

FARSAD LAW OFFICE, P.C.
*/s/ Arasto Farsad*
Arasto Farsad

Plaintiff's Request for Entry of Order by Default; Certificate of Service - 4
Case: 21-05007    Doc# 7    Filed: 05/07/21    Entered: 05/07/21 11:09:04    Page 4 of 6

| Label Matrix for local noticing<br>0971-5<br>Case 20-51735<br>California Northern Bankruptcy Court<br>San Jose<br>Thu May  6 17:16:14 PDT 2021 | Equity Residential Management, LLC<br>440 Dixon Landing Rd<br>Milpitas, CA 95035-3028 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA 23541-1021 |
|---|---|---|
| Wedgewood, LLC<br>Wedgewoo<br>2015 Manhattan Beach Blvd.<br>Ste. 100<br>Redondo Beach, CA 90278-1230 | U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 | AARON E. DE LEEST<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006 |
| Civic Financial<br>2015 Manhattan Beach Blvd<br>Redondo Beach, CA 90278-1226 | Civic Real Estate Holdings III, LLC<br>C/O SUMMIT LEGAL PC<br>2015 Manhattan Beach Blvd., Ste. 111<br>Redondo Beach, CA 90278-1230 | Franchise Tax Board<br>PO BOX 942867<br>Sacramento, CA 94267-0001 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Mitali Parmar<br>34378 Torrington Court<br>Fremont, CA 94555-2340 | Mitali Parmar<br>c/o Lubna K. Jahangiri, Esq.<br>Jahangiri Law Group, APC<br>210 Porter Drive, Suite 230<br>San Ramon, CA 94583-1588 |
| Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Pramukh Financial Services<br>100 Spectrum Center Drive<br>Suite 600<br>Irvine, CA 92618-4969 | Rajani Kolli<br>c/o Farsad Law Office, P.C.<br>1625 The Alameda, Suite 525<br>San Jose, CA 95126-2224 |
| Shulman Bastian Friedman & Bui LLP<br>100 Spectrum Center Drive<br>Suite 600<br>Irvine, CA 92618-4969 | UNITED STATES TRUSTEE<br>450 GOLDEN GATE AVE.<br>5TH FLOOR, STE. #05-0153<br>SAN FRANCISCO, CA 94102-3661 | United States Trustee<br>US Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0009 |
| Amelia Valenzuela<br>WEDGEWOOD<br>Office of the General Counsel<br>2015 Manhattan Beach Blvd., Suite 100<br>Redondo Beach, CA 90278-1230 | Elaine Yang<br>Summit Legal PC<br>2015 Manhattan Beach Blvd.<br>Ste. 100<br>Ste. 100<br>Redondo Beach, CA   90278-1230 | Geoff Wiggs<br>Law Offices of Geoff Wiggs<br>1900 South Norfolk St. #350<br>San Mateo, CA 94403-1171 |
| Vikram Srinivasan<br>440 Dixon Landing Road G201<br>Milpitas, CA 95035-2201 | Wayne M Greenwald<br>Wayne Greenwald, P.C.<br>475 Park Avenue S., 18th Fl<br>New York, NY 10016-6901 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

(u)Vinod Nichani

(d)Wayne M Greenwald
Wayne Greenwald, P.C.
475 Park Avenue S., 18th Fl
New York, NY 10016-6901

End of Label Matrix
Mailable recipients   22
Bypassed recipients    4
Total                 26