United States Bankruptcy Court

Northern District of California

Kolli,
    Plaintiff

Srinivasan,
    Defendant

Adv. Proc. No. 21-05007-SLJ

# CERTIFICATE OF NOTICE

| District/off: 0971-5 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 07, 2021 | Form ID: DFT | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Rajani Kolli, c/o Farsad Law Office, P.C., 1625 The Alameda, Suite 525, San Jose, CA 95126-2224 |
| dft | + Vikram Srinivasan, 440 Dixon Landing Road G201, Milpitas, CA 95035-2201 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arasto Farsad | on behalf of Plaintiff Rajani Kolli farsadecf@gmail.com   farsadecf@ecf.courtdrive.com |

TOTAL: 1

Form DFT

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:<br>Vikram Srinivasan<br>Debtor(s) | Case No.: 20−51735<br>Chapter: 11 |
| Rajani Kolli<br>Plaintiff(s) | Adversary Proceeding No. 21−05007 |
| vs. | |
| Vikram Srinivasan<br>Defendant(s) | |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Vikram Srinivasan

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Dated: 5/7/21

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Tracie Williams
Deputy Clerk